IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KYMBERLI GARDNER**                                                     **PLAINTIFF**

**v.**                                                            **CAUSE NO. 1:15CV423-LG-RHW**

**CLC OF PASCAGOULA, LLC, d/b/a**
**PLAZA COMMUNITY LIVING CENTER**                         **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiff's claims against the defendant are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 6th day of February, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE