IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KYMBERLI GARDNER**                                           **PLAINTIFF**

**v.**                                         **CAUSE NO. 1:15CV423-LG-RHW**

**CLC OF PASCAGOULA, LLC**
**d/b/a PLAZA COMMUNITY**
**LIVING CENTER**                                          **DEFENDANT**

## FINAL JUDGMENT

This action was tried by a jury with Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict. It is ordered that the plaintiff shall recover from the defendant a total of $60,000 in damages ($50,000 for past and future emotional damages, and $10,000 for backpay), plus costs and reasonable attorneys' fees.

**SO ORDERED AND ADJUDGED** this the 25th day of July, 2019.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE